NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE LAWRENCE A. BOROS AND MARKAY M. BOROS,**

---

2010-1092
(Serial No. 10/193,545)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

**JUDGMENT**

---

FORREST L. COLLINS, Forrest L. Collins Law Office LLC, of Brecksville, Ohio, argued for appellants.

KRISTI L.R. SAWERT, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Arlington, Virginia, argued for the Director of the United States Patent and Trademark Office. With him on the brief were RAYMOND T. CHEN, Solicitor, and THOMAS W. KRAUSE, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, LINN, and PROST, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


October 13, 2010          /s/ Jan Horbaly
    Date                      Jan Horbaly
                                Clerk